UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEMYON GRINBLAT,

                                        JUDGMENT
                                        20-cv-06048-FB-SJB

        Plaintiff,

    -against-

FIRST CLASS FURNITURE AND RUGS
INC. ET AL.,

        Defendants.
-----------------------------------------------------------X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 29, 2021, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated January 3, 2021, which recommended that the action be dismissed; it is

        ORDERED and ADJUDGED that this action is dismissed.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       July 30, 2021                                             Clerk of Court

                                                      by:     */s/ Jalitza Poveda*
                                                                 Deputy Clerk